No. 552. RIVER SAND & GRAVEL COMPANY *v.* BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, CLAIMANT, ETC., ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Fifth Circuit denied. *Mr. John D. Grace* and *Mr. Frederick S. Tyler* for petitioner. No appearance for respondents.